UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF CALIFORNIA

DAVID JOSEPH CHIAPPE,

Plaintiff,

vs.

KELLY STEWART, et al.

Defendants

Case No. 2:24-cv-03179-TLN-AC

**ORDER**

THIS CAUSE comes before the Court on Plaintiff's motion for order authorizing alternate service of process on Defendants "1" a/k/a "Kelly Stewart" a/k/a Li Wan Ting and John Doe Defendant 1-10 (collectively, at times, "Defendants") and for further enlargement of time to serve the Complaint. Pursuant to Rule 4(f)(3) (Doc. No. 15). Pursuant to Federal Rule of Civil Procedure 78, the Court did not hear oral argument; and, hereby ORDERS AND ADJUDGES as follows:

1. The Motion is GRANTED.
2. Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff is authorized to serve the Summons, Complaint, and all subsequent filings in this matter upon Defendants in the following manner:

1

    a. By creating and transferring a Non-Fungible Token ("NFT") containing (i) notice of this action with Summons language, and (ii) a hyperlink to Plaintiff's service website at https://usdccourtservice.com/cv-03179/.

    b. By posting copies of the Summons, Complaint, and all subsequent filings and orders in this matter on Plaintiff's service website at https://usdccourtservice.com/cv-03179/.

    c. By sending copies of the Summons, Complaint, and all subsequent filings and orders in this matter on Plaintiff's service website at https://usdccourtservice.com/cv-03179/ to the WhatsApp number used by Defendants to operate their global internet cryptocurrency fraud and conversion scheme.

    d. By sending copies of the Summons, Complaint, and all subsequent filings and orders in this matter on Plaintiff's service website at https://usdccourtservice.com/cv-03179/ to the email used by Defendants to operate their global internet cryptocurrency fraud and conversion scheme.

3. The Court finds that:

    a. Plaintiff has demonstrated due diligence in attempting to identify and locate the Defendants for personal service.

    b. The Court-ordered means of service are not prohibited by international agreement.

    c. The proposed methods of service are reasonably calculated to give notice to the Defendants of the pendency of this action and afford them an opportunity to present their objections.

  d. Service shall be deemed complete upon the transfer of the NFT to the specified wallet addresses and the posting of the relevant documents on Plaintiff's service website.

  e. Plaintiff shall file proof of service with the Court within 10 days of this order.

**IT IS SO ORDERED.**

DATED:  May 15, 2025

_____
Troy L. Nunley
Chief United States District Judge

3