**UNITED STATES DISTRICT COURT**
**FOR EASTERN DISTRICT OF CALIFORNIA**

DAVID JOSEPH CHIAPPE,

Plaintiff,

vs.

KELLY STEWART, et al.

Defendants

Case No. 2:24-cv-03179-TLN-AC

**ORDER**

THIS CAUSE comes before the Court on Plaintiff's request for a Temporary Stay (Dkt. No. 22).  The Court, having reviewed Plaintiff's Request and the record, and it appearing to the Court that Plaintiff's Request is well taken and should be granted [without a hearing];

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this matter is stayed for a period up to and including August 31, 2026, pending the outcome of settlement negotiations.

IT IS SO ORDERED.

Dated: July 2, 2026

_____
Troy L. Nunley
Chief United States District Judge

1