**UNITED STATES DISTRICT COURT**

**FOR EASTERN DISTRICT OF CALIFORNIA**

DAVID JOSEPH CHIAPPE,

Plaintiff,

vs.

KELLY STEWART, et al.

Defendants

Case No. 2:24-cv-03179-TLN-AC

**ORDER**

THIS CAUSE comes before the Court on Plaintiff's request for extension of Temporary Stay (Dkt. No. 25). The Court, having reviewed Plaintiff's Request and the record, and it appearing to the Court that Plaintiff's Request is well taken and should be granted without a hearing.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this matter is stayed for a period up to and including November 4, 2026.

IT IS SO ORDERED.

Dated: August 28, 2026

Troy L. Nunley
Chief United States District Judge